IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MELISSA LOW, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  4:25-CV-1313-MJT |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court.  The Court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings.  No objections to the Report of the United States Magistrate Judge were filed by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [Dkt. 14] is ADOPTED.  Upon remand, the administrative law judge should develop a full medical history, further evaluate the claimant's alleged symptoms and provide a rationale in accordance with the provisions of 20 C.F.R. §§ 404.1529, 416.929, and Social Security Ruling 16-3p, give further consideration to the medical opinion evidence pursuant to the provisions of 20 C.F.R. §§ 404.1520c and 416.920c, take further action to complete the administrative record resolving the

1

above issues, offer the claimant the opportunity for a new hearing, and issue a new decision.

A Final Judgment will be entered separately.

**SIGNED this 12th day of June, 2026.**

_____

Michael J. Truncale
United States District Judge

2